# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**NATALIE JEAN JONES ROBERSON**                                   **PLAINTIFF**

**vs.**                                  **NO. 4:07CV00206 GTE**

**JOHN CARLTON JONES, JR., and**
**PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA, ET AL**                                             **DEFENDANT**

## ORDER OF DISMISSAL

The parties have advised the Court that all matters in this cause have been settled and that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint in this case is hereby dismissed with prejudice.

Dated this 21ST day of May, 2007.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE